**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**TAWANNA STEWART**,<br><br>Supervised Releasee | NO. 5: 04-CR-26 (WDO)<br><br>**RE: VIOLATION OF SUPERVISED RELEASE** |

# O R D E R

TAWANNA STEWART, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure. She was advised of the nature of the proceedings against her and of her legal and constitutional rights. With the assistance of legal counsel, Mr. Scott C. Higgins of the Macon Bar, said **SUPERVISED RELEASEE** waived a preliminary hearing under Rule 32.1(a)(1) of the *Rules* and agreed that a *FINAL* hearing could be scheduled under Rule 32.1(a)(2).

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. It is alleged in the PETITION FOR ACTION ON SUPERVISED RELEASE that Ms. Stewart has violated conditions of supervision by using cocaine and by failing to participate in a substance abuse treatment program as directed. Therefore, IT IS ORDERED AND DIRECTED that she be **DETAINED** by the United States Marshal until further order of the court.

While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein she is confined shall deliver her to the United States Marshal for the purpose of an appearance in connection with this court proceeding. Said supervised releasee shall appear before the Honorable Wilbur D. Owens, Jr. district judge, for a FINAL HEARING as directed by Judge Owens. The Clerk of Court is directed to forward this order and the within file to Judge Owens for the scheduling of said FINAL HEARING at the earliest possible time.

SO ORDERED AND DIRECTED, this 4th day of DECEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE